---

**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF CALIFORNIA**

Mag 07-198 DAD

UNITED STATES OF AMERICA

vs.

CASE/CITATION NO. R 3397158 / CA 95

Jonathan S. Franklin

**ORDER TO PAY**

FILED

JUN 12 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

CITY        STATE        ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 6/11/07

DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

[X] Fine: $ 300 _____ and a penalty assessment of $ 10 _____ for a TOTAL
AMOUNT OF: $ 310 _____ within immediately days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( )    Community Service _____        with fees not to exceed $ _____
       completed by _____

**PAYMENTS** must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC
CENTRAL VIOLATIONS BUREAU (SA)
POST OFFICE BOX 740026
ATLANTA, GA 30374-0026

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 6/12/07

**DALE A. DROZD**
U.S. MAGISTRATE JUDGE

Clerk's Office